UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LORETTA CLINE, et al.,

           Plaintiffs,

    v.

MERCK & COMPANY, INC.; and
McKESSON CORPORATION,

           Defendants.
_____/

NO. CIV. S-06-487 LKK/GGH

O R D E R

Pending before the court is a request by plaintiffs to clarify the court's May 16, 2006 order. In that order, the court denied plaintiffs' motion to remand, but did not specify if the motion was denied without prejudice. The May 16, 2006 order is hereby AMENDED to read as follows:

1.    Plaintiffs' motion to remand is DENIED without prejudice.

IT IS SO ORDERED.

DATED: June 2, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT